# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jodi Childers, | Civil No. 11-892 (RHK/TNL) |
| Plaintiff, | **ORDER** |
| v. | |
| Amherst H. Wilder Foundation, | |
| Defendant. | |

Based on the parties' Stipulation of Dismissal with Prejudice (Doc. No. 12), **IT IS ORDERED** that all claims in the above-captioned case are **DISMISSED WITH PREJUDICE,** on the merits, and with the parties bearing their own costs, expenses, disbursements, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 17, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge